# Affidavit

I, Nicholas Marquardt, a Task Force Officer (TFO) with the Federal Bureau of Investigation ("FBI"), Cleveland Division, being duly sworn, depose and state as follows:

1. I have been employed as a Law Enforcement Officer at the Elyria Police Department since March 2021 and am currently assigned to the Narcotics Division. While employed, I have conducted investigations of numerous state and federal criminal offenses including, violent crimes and narcotics offenses. I have gained experience through training at the LCCC Police Academy and everyday work related to these types of investigations.
2. I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.
3. This affidavit is being submitted for the limited purpose of establishing probable cause that Justin Innes, age 32, of Elyria, OH has violated Title 21 U.S.C. §§ 841(a)(1) [Distribution and Possession with Intent to Distribute Controlled Substances]. The statements contained in this affidavit are derived from information provided to me by members of the Elyria Police Department ("EPD") as well as my own investigation of this matter. This affidavit does not include every fact known to me regarding this investigation. Your Affiant has set forth only the facts that he believes are necessary to establish the foundation for the issuance of the arrest warrant.

## Probable Cause

4. Since January 2026, the Elyria Police Department and Federal Bureau of Investigation has had on going investigation into the INNES DTO. Detectives have conducted a series of controlled drug buys from INNES through multiple confidential informants who have been found to provide reliable information. These confidential informants have cooperated with Detectives for the purpose of obtaining judicial consideration and have prior drug possession history.
5. Detectives have conducted controlled drug buys from INNES to include Fentanyl and Cocaine. Detectives have sent the drugs purchased from INNES to the Bureau of Criminal Investigation Laboratory. These results were returned to the Elyria Police Department and showed the drugs texted positive for Fentanyl and Cocaine.
6. On August 11, 2026, at approximately 2:51 p.m., an order was signed by the Honorable Philip J Calabrese, United States District Judge, authorizing the interception of wire and communications to and from cellular telephone numbers (440-687-6500, (IMSI) number 310280205621093, **TT-1**, service provided by AT&T corporation, subscribed to by **JUSTIN INNES**, with an address of 421 Foster Avenue Apartment 211C, Elyria, Ohio, known to be possessed and used by **JUSTIN INNES**, and the interception of wire and electronic communications to and from (267) 516-0026, (IMSI) number 311480300269218, **TT-2**, service provided by Verizon Wireless, with no subscriber information, known to be possessed and used by **JUSTIN INNES**.
7. On August 12, 2026, at approximately 5:09 p.m., **INNES** received an incoming call on **TT-2** from an unknown male (**UM1666**) using 440-767-1666. **UM1666** asked

**INNES**, "Can you pull up [*Come to **UM1666**'s location*]?" **INNES** replied, "Oh, yeah. You at the house?" **UM1666** replied, "Yeah." **INNES** replied, "Yeah. Sh*t, I'll come right now." **UM1666** asked **INNES**, "How much soft [*street slang for powdered cocaine*] you got? You think you got, like, three G's [*a gram*] over there on you or no?" **INNES** replied, "Three? Um yeah." **UM1666** replied, "I mean if not I'll get whatever you got." **INNES** stated, "Yeah, I got, like three on me [***INNES** has three grams of powdered Cocaine on his person*], alright." **UM1666** asked **INNES**, "How long you thinking though?" **INNES** replied, "Um, sh*t, I'll be there in like 10 minutes. I ain't that far right now. I'm at the spot [*referring to a location where drugs are stored*]."

8. During this conversation, **UM1666** is asking **INNES** for 3 g's of soft. Detectives know "g" to be street slang for a gram, which is a weight drug dealers will utilize to distribute narcotics. **UM1666** asked for "soft" which Detectives know is street slang for powdered Cocaine. Detectives believe this conversation was had specifically for the purpose of setting up a drug transaction between **INNES** and **UM1666**.

## Conclusion

9. Based on the preceding, I believe that probable cause exists which indicates that Justin Innes, of Elyria, OH, has violated Title 21 U.S.C. §§ 841(a)(1) [Distribution and Possession with Intent to Distribute Controlled Substances]

214

Nicholas Marquardt
Task Force Officer
Federal Bureau of Investigation

This affidavit was sworn to by the affiant by FaceTime after a PDF was transmitted by email, per Crim. R. 41(d)(3) this **9th** day of September, 2026.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OHIO

James E. Grimes Jr., United States Magistrate Judge